# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
## Northern Division

| | | |
|---|---|---|
| ALLY FINANCIAL, INC., *et al.*, | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Civil Action No.: 8:12-cv-03768-JFM |
| | * | |
| MAX LIPMAN, | * | |
| | * | |
| Defendant | * | |
| | * | |
| and | * | |
| | * | |
| STERNE, AGEE & LEACH, INC., | * | |
| | * | |
| Garnishee. | * | |

## STIPULATION
## DISMISSING WRIT OF GARNISHMENT
## AGAINST STERNE, AGEE & LEACH, INC.

Plaintiff Ally Financial, Inc., hereby dismisses the Writ of Garnishment against Sterne, Agee & Leach, Inc. WITH PREJUDICE.

Respectfully submitted,

| LeCLAIR RYAN | JORDAN COYNE & SAVITS, L.L.P. |
|---|---|
| By: / s / Cynthia F. Crawford | By: / s / John Tremain May |
| Cynthia F. Crawford Bar No. 16864 | John Tremain MayBar #09297 |
| 1101 Connecticut Avenue, NW | 1100 Connecticut Avenue, NW |
| Suite 600 | Suite 600 |
| Washington, DC 20036 | Washington, DC 20036-4117 |
| Telephone: (202) 659-6727 | Telephone: (202) 496-2805 |
| Fax: (202) 659-4130 | Fax: (202) 496-2800 |
| E-mail: cynthia.crawford@leclairryan.com | E-mail: jmay@jocs-law.com |
| *Counsel for Garnisher, Ally Financial, Inc.* | *Counsel for Garnishee, Sterne, Agee & Leach, Inc.* |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing Praecipe Dismissing Writ Of Garnishment Against Sterne, Agee & Leach, Inc. was filed and served electronically this 20th day of June, 2013 upon:

        Cynthia F. Crawford, Esquire
        LeCLAIR RYAN
        Suite 600
        1101 Connecticut Avenue, NW
        Washington, DC  20036

        Laurin H. Mills, Esquire
        LeCLAIR RYAN
        Suite 1100
        2318 Mill Road
        Alexandria, VA  22314
        *Counsel for Plaintiff*

and was mailed, first class and postage prepaid, this 20th day of June, 2013 to:

        Mr. Max Lipman
        3636 Eltham Way
        Owings Mills, MD  21117

                      / s / John Tremain May
                      John Tremain May